In the Matter of the Petition of EDNA KLYDE, Appellant, to Prove the Last Will and Testament of CHARLES KLYDE, Late of the County of Kings, Deceased. EDWARD VOGEL, as Special Guardian of RENEE KLYDE, an Infant, etc., Respondent.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

JESSE JAMES JONES, Appellant, v. JAMES PIRO and Others, Doing Business as JAMES PIRO & SONS, Respondents.— Amended order of the City Court of White Plains setting aside verdict and granting a new trial affirmed, with costs. No opinion. Lazansky, P. J., Kapper, Hagarty and Carswell, JJ., concur; Scudder, J., dissents and votes to reverse and to reinstate the verdict.

STEPHEN J. JORDAN, Respondent, v. PETER C. SUTTON, Trading as SUTTON's SPORT SHOP, Defendant, and S. & P. SERVICE CORPORATION, Appellant.— Order denying motion to vacate and set aside judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

SALLIE V. KILROY, Respondent, v. UNITED STATES FIRE INSURANCE COMPANY OF NEW YORK, Appellant. (Appeal No. 1.) — Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

SALLIE V. KILROY, Respondent, v. UNITED STATES FIRE INSURANCE COMPANY, Appellant. (Appeal No. 2.) — Appeal dismissed, with ten dollars costs and d sbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

ROSE KRONMAN, Respondent, v. LOUIS KRONMAN, Appellant.— Order granting plaintiff's motion for alimony *pendente lite* and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

NINFO MANNINO, as Administratrix, etc., of VITO MANNINO, Deceased, Respondent, v. MALLOUF HAULAGE AND MAINTENANCE CORPORATION and THE TIDE WATER OIL SALES CORPOPATION, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

JOSEPH H. MEYER BROS., INC., Respondent, v. EDWARD F. HIGGINS and Others, Appellants. EDWARD F. HIGGINS, Appellant, v. JOSEPH H. MEYER BROS., INC., Respondent.— Order consolidating actions and changing the place of trial in the second above-entitled action reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. One action is in equity and the other in law and they do not grow out of the same transaction. The two causes are independent of each other, the issues involved separate and distinct, and two trials will involve no duplication. Under such circumstances, the actions should not have been consolidated. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

MILLFIELD REALTY COMPANY, Appellant, v. EUGENE P. CATENA and Others, Respondents.— Judgment reversed upon the law and the facts, with costs, and judgment directed in favor of the plaintiff and against the defendants, with costs. We are of opinion that the variance between the property described in the contract and in the deed tendered was substantial and justified the purchaser in refusing